# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN HALLEY

VERSUS

ENRIQUE WILSON, STATE FARM
MUTUAL INSURANCE COMPANY,
AND AUTO-OWNERS INSURANCE
COMPANY

NO.  2021 CW 0027

**MARCH 15, 2021**

---

In Re:    Auto   Owners   Automobile   Insurance,   applying   for
          supervisory   writs,   16th   Judicial   District   Court,
          Parish of St. Mary, No. 132824.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT